UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DARNELL INGRAM,

    Plaintiff,

v.      Case No. 19-C-74

FOND DU LAC COUNTY DEPARTMENT
OF SOCIAL SERVICES, et al.,

    Defendants.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pro se Plaintiff Darnell Ingram has moved for modification of the Scheduling Order to extend time for him to complete discovery. He is currently in custody and, under the current Scheduling Order, the discovery is to be completed by June 18, 2019. Ingram's motion is granted and he may have until October 1, 2019 to complete discovery.

This is not to prevent the defendants from filing a dispositive motion at such earlier time as the case permits. Defendants should not have to delay resolving the case simply because the plaintiff finds himself incarcerated. Summary Judgment motions depend on whether there are any facts in dispute. Plaintiff should not need a law library to determine whether he has factual disagreements with defendants. Accordingly, the motion is granted with the above understanding.

**SO ORDERED** this __16th__ day of May, 2019.

                                                s/ William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court